PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

| | |
|---|---|
| Name of Individual Under Supervision: Damien Askew | Cr.: 17-00205-001 |
| | PACTS #: 3664753 |

Name of Sentencing Judicial Officer:   THE HONORABLE MICHAEL A. SHIPP
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/26/2021

Original Offense:   Count One: Conspiracy to Defraud The United States and the Internal Revenue Service, 18 U.S.C. § 371.
Count Two: Subscribing to False Tax Returns, 26 U.S.C. § 7206(1)

Original Sentence: Three (3) years' probation

Special Conditions: Location Monitoring Program – 12 months, Financial Disclosure, Cooperate with IRS, New Debt Restriction, Self-Employment/Business Disclosure, Employment Requirements/Restrictions, Restitution – $745,245.00.

Type of Supervision: Probation                      Date Supervision Commenced: 07/26/2021

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1       The individual under supervision has violated the mandatory supervision condition which states, **"You are prohibited from incurring any new credit charges, opening additional lines of credit, or incurring any new monetary loan, obligation, or debt, by whatever name known, without the approval of the U.S. Probation Office. You must not encumber or liquidate interest in any assets unless it is in direct service of the fine and/or restitution obligation or otherwise has the expressed approval of the Court."**

U.S. Probation Officer Action:

Throughout his term of probation, Damien Askew did not comply with the new debt restrictions special condition. On January 8, 2024, our office conducted an Equifax credit inquiry, and it revealed he opened numerous credit accounts without the permission of the U.S. Probation Office. Mr. Askew advised he did not know about the special condition which is why he did not seek permission. On July 28, 2021, Mr. Askew opened a PC Richards charge account without prior approval. Mr. Askew purchased a new refrigerator with this PC Richards charge account. On October 7, 2021, Mr. Askew opened an Amazon charge account without prior approval. Mr. Askew purchased various gifts, household products, and clothing with this Amazon charge account. On March 29, 2022, Mr. Askew opened a Navy Federal Credit Union credit card without prior approval. Mr. Askew paid for household utilities with this Navy Federal Credit Union credit card. On April 18, 2022, Mr. Askew opened a Navy Federal Credit Union secure

account without prior approval. In discussion with Mr. Askew, he does not recall opening a Navy Federal Credit Union secure account. On June 7, 2022, Mr. Askew opened a Navy Federal Credit Union auto loan without prior approval. In discussion with Mr. Askew, he cosigned an auto loan with his girlfriend, Leah Marotta, to purchase a used vehicle. Currently, Mr. Askew remains apologetic for his actions.

At this time, we are respectfully recommending no formal court action be taken against Mr. Askew for his failure to comply with the new debt restriction special condition. Mr. Askew has continued to make monthly payments towards his restitution. To date he has paid $7,885.84 and the outstanding balance is $737,559.16. The U.S. Probation Office will continue to closely monitor Mr. Askew. The Court will be promptly notified of any further non-compliance.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   PATRICK HATTERSLEY
Supervising U.S. Probation Officer

/smk

PREPARED BY:

*Simon Krivoruk*     01/11/2024
SIMON M. KRIVORUK          Date
U.S. Probation Technician

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

January 15, 2024
Date